UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 FEB 22 PM 2: 13

CLERK _____
SO. DIST OF GA.

UNITED STATES OF AMERICA    )
    )
vs.    )    CASE # 4:18:CR-00260
    )
KIMBERLIN D. JOHNSON,    )
    Defendant    )

## ORDER GRANTING LEAVE OF ABSENCE

Defendant, **KIMBERLIN JOHNSON'S counsel, JACK MORRIS DOWNIE**, having

filed his Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following

dates: **APRIL 01, 2019 through APRIL 5, 2019 and JUNE 1, 2019 through JUNE 7, 2019** is

GRANTED. February 22, 2019

CHRISTOPHER L. RAY
U. S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA