# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No: 4:18CR260 |
| KIMBERLIN D. JOHNSON, ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Jack Morris Downie, counsel for Defendant, for the dates of July 6 through July 12, 2019, and July 25, 2019 through July 29, 2019. (Doc. 910.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 2nd day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA